U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **United States of America** | 07 CV. 5642 (GBD) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Any and All Funds...INO WGI Consulting S.P. Z.O.O.... | Notice of Publication |

| SERVE ► | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | **USMS - SDNY** |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| AT | **500 Pearl Str., NY, NY 10007** |

RECEIVED

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY -SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Karyn Leon-Matovick/FSA Paralegal

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):*
Fold                                                                                                          Fold

Please publish the attached notice of publication once a week for three consecutive weeks.

USAO#2006V02411  Cats#06-FBI-003659

Please return to: Liz Bedner/FSA Paralegal (212) 637-1070

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Seetha Ramachandran/kqr* AUSA SEETHA RAMACHANDRAN | | 212-637-2546 | 6/19/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 54 | No. 54 | *Sam MD* | 7-11-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 9/11/07    Time    am / pm |
| | Signature of U.S. Marshal or Deputy *Sam MD* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  **9/11/07 - Notice was published in the New York Law Journal on July 20, July 27, & August 3, 2007. (copy attached)**

PRIOR EDITIONS MAY BE USED

FORM USM-285

U.S. ATTORNEY COPY

# STATE OF NEW YORK
## County of New York, *s:*

USA-33s-100-
**NOTICE OF CIVIL
FORFEITURE
PROCEEDING** Rev. 11/94

UNITED STATES DIS-
TRICT COURT
SOUTHERN DISTRICT OF
NEW YORK — On June 13,
2007, the United States of
America commenced a civil
action demanding forfeiture
thereof under the provisions
of 18 U.S.C. §981(a)(1)(A) and
(C) and 984, Any and All
Funds in Account No.
68414417, In the Name of WGI
Consulting S.P. Z.O.O., Held
at Wachovia Securities, LLC,
New York, New York.
Notice is hereby given that
all persons claiming the same
or knowing or having any-
thing to say why the same
should not be forfeited pursu-
ant to the prayer of said com-
plaint, must file their claim in
accordance with Rule G from
the Supplemental Rules for
Admiralty or Maritime
Claims and Asset Forfeiture
Actions of the Federal Rules
of Civil Procedure with the
Clerk of the Court, in Room
120, United States Court
House, 500 Pearl Street, New
York, New York, by Septem-
ber 04, 2007, which is 30 days
after the last publication of
this action or within such ad-
ditional time as may be al-
lowed by the Court, and must
serve their answers within 20
days after the filing of their
claims, or default and forfei-
ture will be ordered. Any per-
son with an interest in the
property may also wish to file
a petition for remission or
mitigation of the forfeiture,
as provided for in Title 28,
Code of Federal regulations,
and failure to file such a peti-
tion may affect any rights that
a person claiming an interest
in the property may have with
respect to this property.
Dated: New York, New
York June , 2007
MICHAEL J. GARCIA
U.S. Marshal/SDNY

JOSEPH R. GUCCIONE
U.S. Attorney/SDNY
863302                jy20-F au3

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 20th day of July, 2007.

TO WIT: JULY 20, 27, 2007 AUGUST 3, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 3rd day Of August, 2007.

**Jennifer Hannafey**
**Notary Public, State of New York**
**No. 01ha6128042**
**Qualified in Richmond County**
**Commission Expires June 09, 2009**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

    - v -

ANY AND ALL FUNDS IN ACCOUNT
NO. 68414417, IN THE NAME OF
WGI CONSULTING S.P. Z.O.O.,
HELD AT WACHOVIA SECURITIES, LLC,
NEW YORK, NEW YORK,

              Defendant- in-rem.

## PUBLICATION AFFIDAVIT
## 07 Civ. 5642 (GBD)

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2546

SEETHA RAMACHANDRAN
**Assistant United States Attorney**
**-Of Counsel-**