MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: SEETHA RAMACHANDRAN (SR-0886)
One St. Andrew's Plaza
New York, New York 10007
Tel. No. (212) 637-2546

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :
                                    :   DEFAULT JUDGMENT
        - v. -                      :
                                    :   07 Civ. 5642 (GBD)
ANY AND ALL FUNDS IN ACCOUNT        :
NO. ▆▆▆4417, IN THE NAME OF         :
WGI CONSULTING S.P. Z.O.O.,         :
HELD AT WACHOVIA SECURITIES, LLC,   :
NEW YORK, NEW YORK,                 :
                                    :
            Defendant-in-rem.       :
                                    :
------------------------------------x

WHEREAS, on June 13, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem (the "Defendant Account") by the filing of a verified complaint;

WHEREAS, notice of the verified complaint and in rem warrant against the Defendant Account was published in the New York Law Journal once in each of the three successive weeks beginning on July 20, 2007, and proof of such publication was filed with the Clerk of this Court on September 13, 2007;

WHEREAS, no claims or answers have been filed or made

1

in this judicial forfeiture action, and no parties have appeared to contest the action to date, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Seetha Ramachandran, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant Account.

2. The Defendant Account shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service for the Southern District of New York shall dispose of the Defendant Account according to law.

Dated:   New York, New York
         November   , 2007

FEB 27 2008

SO ORDERED:

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**

2